**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 64 EAL 2015
                               :
             Respondent    :
                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
            v.                 :
                               :
                               :
FRANK J. BROWN,             :
                               :
             Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.